# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1730

_____

| | | |
|---|---|---|
| Associated Contract Loggers, Inc.; Olson Logging, Inc., | * | |
| | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota |
| United States Forest Service; Superior Wilderness Action Network; Forest Guardians, | * | |
| | * | |
| | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |
| | * | |
| _____ | * | |
| | * | |
| Koochiching County; The Northern Counties Land Use Coordinating Board, | * | |
| | * | |
| | * | |
| | * | |
| Amici Curiae. | * | |

_____

Submitted: March 16, 2001

Filed: June 5, 2001

_____

Before MURPHY, LAY, and BYE, Circuit Judges.

_____

PER CURIAM.

Plaintiffs, Associated Contract Loggers, Inc. and Olson Logging Inc., filed suit in the United States District Court for the District of Minnesota[1] against the United States Forest Service and two not-for-profit groups, Forest Guardians and Superior Wilderness Action Network. Plaintiffs allege a violation of the Establishment Clause. The district court dismissed the suit on defendants' motions pursuant to Fed. R. Civ. P. 12(b)(6). The plaintiffs now appeal. Amici curiae Koochiching County and The Northern Counties Land Use Coordinating Board have submitted a joint brief in support of plaintiffs' position.[2]

Finding that no error of law appears in the district court's opinion, and that further opinion would have no precedential value, we affirm without discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

[2]The Forest Service's motion to strike portions of Amici's brief is denied.

-2-